1  Frank Woodson
   Navan Ward
2  BEASLEY, ALLEN, CROW, METHVIN,
   PORTIS & MILES, P.C.
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX              MDL NO. 1699
    MARKETING SALES PRACTICES AND           District Judge: Charles R. Breyer
13  PRODUCT LIABILITY LITIGATION

14  This Document Relates To:

15  *William Randolph Hall, Sr. vs. Pfizer Inc, et al.*      **STIPULATION AND ORDER OF**
    (06-2273 CRB)                                             **DISMISSAL WITH PREJUDICE**
16

17  *Roger Harper vs. Pfizer Inc, et al.*
    (06-6023 CRB)

18  *Sandra Hawkins, et al. vs. Pfizer Inc, et al.*
    (07-2218 CRB)
19

20  *Leon Hendrix vs. Pfizer Inc, et al.*
    (08-0704 CRB)

21  *Tom Hilaman (FL), et al. vs. Pfizer Inc, et al.*
    (07-4383 CRB)
22

23  *Charles Lee Holmes vs. Pfizer Inc, et al.*
    (06-4211 CRB)

24  *Bruce Holzwarth vs. Pfizer Inc, et al.*
    (07-3035 CRB)
25

26  *David E. Huard vs. Pfizer Inc, et al.*
    (08-0796 CRB)

27  *Clifford Jackson vs. Pfizer Inc, et al.*
    (06-5042 CRB)
28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

 1 | *Debbie Jackson, et al. vs. Pfizer Inc, et al.*
    | (06-2605 CRB)
 2 |
 3 | *Ozzie Jackson vs. Pfizer Inc, et al.*
    | (06-2274 CRB)
 4 | *Ronald Jacoby vs. Pfizer Inc, et al.*
    | (07-4689 CRB)
 5 |
 6 | *Kathy Jewell vs. Pfizer Inc, et al.*
    | (07-1355 CRB)
 7 | *Dorothy Johnson vs. Pfizer Inc, et al.*
    | (06-5039 CRB)
 8 |
 9 | *Billie Jean Johnstone vs. G.D. Searle LLC, et al.*
    | (07-4549 CRB)
10 |
11 | *John R. Jones vs. Pfizer Inc, et al.*
    | (06-3899 CRB)
12 | *Sylvester Jones vs. G.D. Searle LLC, et al.*
    | (07-4550 CRB)
13 |
14 | *Robert K. Kiser II vs. Pfizer Inc, et al.*
    | (06-4104 CRB)
15 | *Frank Klinger vs. G.D. Searle LLC, et al.*
    | (05-4739 CRB)
16 |
17 | *Alberta A. Kreitzer vs. Pfizer Inc, et al.*
    | (08-2149 CRB)
18 | *Vasudev Kulkarni vs. Pfizer Inc, et al.*
    | (07-1528 CRB)
19 |
20 | *Bertha R. Lacy vs. Pfizer Inc, et al.*
    | (06-7383 CRB)
21 | *Jackie Lancaster (MS), et al. vs. Pfizer Inc, et al.*
    | (08-1856 CRB)
22 |
23 | *Thomas Lauer vs. Pfizer Inc, et al.*
    | (08-2854 CRB)
24 |
25 | *Barbara Laver vs. Pfizer Inc, et al.*
    | (08-3705 CRB)
26 | *Kenneth Prouty, et al. vs. Pfizer Inc, et al.*
    | (06-7631 CRB)
27 |
28 | *Vickie L. Lewis vs. Pfizer Inc, et al.*
    | (06-4284 CRB)

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2  *Robert L. Lippincott vs. Pfizer Inc, et al.*
   (07-5018 CRB)

3  *John Scarcliff vs. G.D. Searle LLC, et al.*
   (05-4454 CRB)

4
   *Norma Matthias vs. Pfizer Inc, et al.*
5  (06-7632 CRB)

6  *Elise Mayes vs. Pfizer Inc, et al.*
   (08-3702 CRB)

7
   *William D. McCluskey vs. Merck & Co. Inc, et*
8  *al.*
   (07-3342 CRB)

9
   *Phyllis McCord vs. G.D. Searle LLC, et al.*
10 (05-4738 CRB)

11 *Barbara Dyer, et al. vs. Pfizer Inc, et al.*
   (07-1317 CRB)

12
   *Vince Mejer vs. Pfizer Inc, et al.*
13 (07-0237 CRB)

14 *James Byron McVay vs. Pfizer Inc, et al.*
   (07-0861 CRB)

15
   *Alfred Melton vs. Pfizer Inc, et al.*
16 (06-2745 CRB)

17 *Richard McNabb, et al. vs. Pfizer Inc, et al.*
   (07-6450 CRB)

18
   *Wilmer Merriweather vs. G.D. Searle LLC, et*
19 *al.*
   (05-4452 CRB)

20
   *Rhoda Messer, et al. vs. Pfizer Inc, et al.*
21 (06-6588 CRB)

22 *Ronald Miller vs. Pfizer Inc, et al.*
   (09-0892 CRB)

23
   *Linda Mirza vs. Pfizer Inc, et al.*
24 (06-3818 CRB)

25 *Carolyn Montiforte vs. Pfizer Inc, et al.*
   (07-4735 CRB)

26
   *Henry C. Morris vs. Pfizer Inc, et al.*
27 (06-3686 CRB)

28 *Cynthia H. Mullis, et al. vs. Pfizer Inc, et al.*

-3-

1 | (09-0891 CRB)

2 | *Patsy Murry, et al. vs. Pfizer Inc, et al.*
(06-7438 CRB)
3

4 | *Ed Narke vs. Pfizer Inc, et al.*
(08-0260 CRB)

5 | *Dian C. Neal vs. Pfizer Inc, et al.*
(06-3900 CRB)
6

7 | *Rosa M. Nelson vs. Pfizer Inc, et al.*
(06-2275 CRB)

8 | *Cliff Norwood vs. G.D. Searle LLC, et al.*
(05-4451 CRB)
9

10 | *Floyd Odom vs. Pfizer Inc, et al.*
(07-5885 CRB)

11 | *Joan J. Opel vs. Pfizer Inc, et al.*
(07-4372 CRB)
12

13 | *Mary Osteen vs. Pfizer Inc, et al.*
(06-6928 CRB)

14 | *Elvis Owens, et al. vs. Pfizer Inc, et al.*
(06-5002 CRB)
15

16 | *James Curtis Owens vs. Pfizer Inc, et al.*
(06-1669 CRB)

17 | *Marvin Palmer vs. Pfizer Inc, et al.*
(06-6499 CRB)
18

19 | *Albert Pearson vs. G.D. Searle LLC, et al.*
(05-4455 CRB)

20 | *R.V. Perkins vs. Pfizer Inc, et al.*
(08-3699 CRB)
21

22 | *Jo Anne Pierce vs. G.D. Searle LLC, et al.*
(05-4492 CRB)

23 | *Kirk Redenius vs. Pfizer Inc, et al.*
(06-4901 CRB)
24

25 | *Linda Redinger vs. Pfizer Inc, et al.*
(07-0454 CRB)

26 | *Tammy L. Ribble vs. Pfizer Inc, et al.*
(06-7283 CRB)
27

28 | *Zelma Riffle, et al. vs. Pfizer Inc, et al.*
(06-6114 CRB)

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1

1

*Tracy Ring vs. G.D. Searle LLC, et al.*
(06-0733 CRB)

2

3

4        Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

5    undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

6    stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

7    each side bearing its own attorneys' fees and costs.

8

9        DATED: 10·16 2009        By: *Haven Ward F.*

10                                          **BEASLEY, ALLEN, CROW, METHVIN,**
                                            **PORTIS & MILES, P.C.**
11                                          218 Commerce Street
                                            P.O. Box 4160
12                                          Montgomery, Alabama 36103
                                            Telephone: 334-269-2343
13                                          Facsimile: 334-954-7555

14                                          *Attorneys for Plaintiffs*

15

16       DATED: Oct. 19, 2009       By:

17                                          **DLA PIPER LLP (US)**
18                                          1251 Avenue of the Americas
                                            New York, New York 10020
19                                          Telephone: 212-335-4500
                                            Facsimile: 212-335-4501

20                                          *Defendants' Liaison Counsel*

21

22

23       **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
         **IT IS SO ORDERED.**
24

25

26       Dated: *10/22/2009*

                                            Hon. Charles R. Breyer
27                                          United States District Court

28

                                        -5-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42579891.1